Frank Dittman and Elsie Dittman v. Alois Herda and Kathe Herda.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Sigmet Metals Company, Inc., v. Max Zuckerman.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Nathan Smith v. John H. Stoddard.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Clinton Gilbert v. Jacob Rosenthal.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Sherwood Automobile Corporation v. Century Insurance Company, Ltd.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

New York Life Insurance Company v. Edward Rosen and Samuel Rosen. — Motion granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Alma Clayburgh v. Albert Clayburgh. (Action No. 1.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Alma Clayburgh v. Albert Clayburgh. (Action No. 2.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Esther Lehr v. Harris Sarason, Impleaded with Rose Sarason, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Savak R. Bomanji v. William Forbes Morgan.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Harry E. Robinson v. Hinkle Steel Construction Company, Inc., and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Sigley Realty Co., Inc., v. Twelve Fifteen Nelson Avenue, Inc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Samuel Friedberg, as Administrator, etc., of David Friedberg, Deceased, v. George E. Watson and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Alice D. Jackson, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Willard A. Walsh against Morana, Incorporated.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of Eleanor G. Sullivan against Teachers' Retirement Board.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Philip K. Houston v. James Bliss Coombs.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.